**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **ELLISDALE CONSTRUCTION, LLC,**<br><br>    Plaintiff,<br><br>v.<br><br>**RICHARD E. WARD, II,**<br><br>    Defendant. | Civil Action No. 1:20-cv-01590 |

## CORPORATE DISCLOSURE STATEMENT

Plaintiff Ellisdale Construction, LLC ("Ellisdale"), by counsel, files this Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7.1 of the Local Civil Rules, and states: (1) Ellisdale is not a publicly traded corporation and has no parent or subsidiary corporations; (2) no publicly held corporation owns ten (10) percent or more of Ellisdale's membership interest; and (3) Ellisdale has nothing to report under Local Civil Rule 7.1(A)(1)(a) and (b).

Dated:  December 24, 2020

Respectfully submitted,

*/s/ Derek H. Swanson*
Derek H. Swanson (VSB No. 73463)
DUNLAP BENNETT & LUDWIG PLLC
8003 Franklin Farms Dr., Suite 220
Richmond, Virginia 23229
Telephone: (804) 385-0620
Facsimile: (804) 977-2680
dswanson@dbllawyers.com

Thomas M. Dunlap (VSB No. 44016)
DUNLAP BENNETT & LUDWIG PLLC
8300 Boone Blvd, Suite 550
Vienna, Virginia 22182
Telephone: (703) 777-7319
Facsimile: (703) 777-3656

*tdunlap@dbllawyers.com*

Michael W. Lehr (VSB No. 94859)
DUNLAP BENNETT & LUDWIG PLLC
8003 Franklin Farms Dr., Suite 220
Richmond, Virginia 23229
Telephone: (804) 477-8678
Facsimile: (804) 977-2680
*mlehr@dbllawyers.com*

*Counsel for Plaintiff*